UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

HYBE CO. LTD, et al,

    Plaintiffs,

v.                             CASE NO. 8:26-cv-01039-SDM-TGW

JOHN DOE, et al,

    Defendants.

_____/

### **ORDER**

    The plaintiffs move (Doc. 20) for reconsideration of a temporary restraining order (Doc. 17) that enjoins the sale, distribution, or manufacture of bootleg merchandise at an upcoming BTS concert at Raymond James Stadium in Tampa, Florida, but denies the plaintiffs' request to enjoin anticipated bootleg activity at subsequent concerts outside this district. The plaintiffs request reconsideration of the denial of extraterritorial reach of the TRO and argue that (1) the Lanham Act impliedly authorizes a nationwide injunction; (2) other courts in similar circumstances have entered a nationwide temporary restraining order; (3) proceeding by a single nationwide injunction is more efficient and less costly than seeking relief in each jurisdiction; and (4) newly discovered evidence substantiates the plaintiffs' claim that unauthorized vendors intend to sell bootleg merchandise at upcoming concerts.

    Notwithstanding their arguments, the plainitffs' motion for reconsideration is **DENIED**. The Lanham Act authorizes — but does not require — a nationwide

injunction. Also, in their motion for a temporary restraining order, their proposed order, and this motion, the plaintiffs fail to identify the specific venues and dates of the other concerts, which omission as a practical matter precludes relief with the requisite specificity. Finally, the plaintiffs' concern regarding the cumulative cost of repeated motions is mitigated by the fact that neither the earlier TRO nor this order prejudices plaintiffs' ability to request a nationwide TRO in another jurisdiction, with more exhaustive supporting papers and with more time.

**ORDERED** in Tampa, Florida, on April 22, 2026.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE